SCANNED at
and Emailed

_8-29-22_ by _YL_ . _62_ pages
date        initials    No.

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Jorge Sanchez

_____

_____

_____

_____

vs.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**]

officer: Bell

LT. Callender

A.D.A./unit Manager/Minik

Warden: Reis

Deputy Warden: Nunez

Deputy Warden: pierce

Complete every section and **SIGN THE LAST PAGE.**

1

2.  Second Defendant
   a.  Full Name: *Callender*

   b.  Rank or Title: *Lieutenant*

   c.  Workplace: *cheshire C.I*

3.  Third Defendant
   a.  Full Name: *Manik*

   b.  Rank or Title: *A.D.A. /unit Manager*

   c.  Workplace: *cheshire C.I.*

4.  Fourth Defendant
   a.  Full Name: *Reis*

   b.  Rank or Title: *Warden*

   c.  Workplace: *cheshire*

5.  Fifth Defendant
   a.  Full Name: *Nunez*

   b.  Rank or Title: *Deputy Warden*

   c.  Workplace: *cheshire C.I.*

6.  Sixth Defendant
   a.  Full Name: *pierce*

   b.  Rank or Title: *Deputy Warden*

   c.  Workplace: *cheshire C.I.*

## D. REASON FOR COMPLAINT

**WARNING: Contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

Rev. 3-18-22

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Example of Statement of Case

1. On April 12, 2015, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed her my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.

Now describe your claims.

Statement of Case

1. On 4/19/2022, I over herd officer Bell Stating She doesn't want me passing out the milk, on 4/22/2022 I told A.D.A./unit manager Manik and counselor Rogers what I herd. Manik Said he would talk to her-officer Bell.

2. That afternoon I came out to work, about 10:AM on 4/22/2022, officer Bell Said She's rotating the workers, I Just Spoke to Manic And Rogers on 4/19/2022, And they both didn't tell me anything About that. I told officer Bell I have A disability, A.D.A. Garcia told me to Sit here

3. and pass out the milk, because of my Spinal Cord injury I Cant hardly walk, that was in 2015, unit Manager Manik Knows About my disability because he's my, Americans with disabilities Act Coordinator. officer Bell Starts to yell At me to rotate or lock up, I Asked her to Call medical for A wheelchair →

F.    DO YOU WISH TO HAVE A JURY TRIAL? YES___✓___NO_____

G.    DECLARATION UNDER PENALTY OF PERJURY

Warning: You must sign this, or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _Jorge Sanchez_

Signed at _Cheshire C.I._ on _8/26/2022_
            (Location)              (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

H.    FINAL INSTRUCTIONS

WARNING: Your complaint will not be filed unless you complete each of these steps:

    1.    Answer all questions on the complaint form.

    2.    Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your complaint unless you take all the steps above.

Rev. 3-18-22



CN 9602
REV
04/30/2021

# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

| | |
|---|---|
| Facility/Unit: *Cheshire* | Date: *5/3/2022* |
| Inmate name: *Jorge Sanchez* | Inmate number: *156159* |

## INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

## STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

*On 4/22/2022 At 10:15 AM, I faced discrimination against my disability By officer Bell, I have A Spinal Cord Condition that requires medication twice A day, c/o Bell Started to yell At me to lock up, I told her I need A wheelchair, twice, But She Kept yelling And Called the LT., I am including 7-witness Statements, 1-doctor Statement, 1-D.R. as Evidence.*

| | |
|---|---|
| Inmate signature: *Jorge Sanchez* | Date: *5/3/2022* |

- Deposit this form in the "Administrative Remedies" box

## DECISION (OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW)

| | |
|---|---|
| Date Received: 5/4/2022 | IGP #: 125-22-367 |
| Disposition: Rejected | Date of Disposition: 5/10/2022 |

The request for administrative remedy fails to satisfy the procedural requirements. In accordance with AD 9.6, an inmate must attempt to seek informal resolution prior to filing grievance. The inmate may attempt to resolve the issue verbally with the appropriate staff member or with a supervisor/manager. *If the verbal communication does not resolve the issue, the inmate shall submit a written request via CN 9601, Inmate Request Form. Also, the request for an administrative remedy and the action sought should be stated simply and coherently.*

| ☒ This decision is not subject to further appeal. | ☐ This matter may be appealed within 5 calendar days. |
|---|---|

| | |
|---|---|
| Staff Name Print: *Warden Rev* | |
| Signature: | Date: *5/10/2022* |

FROM- inmate- RASHEEN GIRAUD
#202206 - N-1-13                    Date- 4-22-22
Rash~ ~

On 4-22-22, I, inmate R. GIRAUD #202206 was
standing right next to inmate Sanchez #156159 Getting
ready to start serving the food; When C/o Bell
said I dont need two people out with cains, Even
do that is inmate Sanchez #156159 and inmate Giraud
#202206. Know this was brought up 2 diffrent times
to counsole Rodgers and Unite Maniger Manic befor
4-22-22 and nothing was done about. C/o Bell made
me inmate R. GIRAUD #202206 lock up a few times
because I have a cain. On 4-22-22 C/o Bell was
telling inmate R. GIRAUD #202206 to lock up and
inmate Sanchez #156159 told C/o Bell that he
needed a wheel chair because something was
wrong with his nerv in his back, Do to hes
injurey. Thats why he needs a cain to walk
with. And inmate Sanchez #156159 spoke to
Unite maniger a few days befor 4-22-22
about C/o Bell makeing inmate Sanchez #156159
and inmate R. GIRAUD #202206 lock up. C/o Bell
showed over and over that she has something
aginst handicap people by making inmate Sanch
#156159 and inmate R. GIRAUD #202206 lock up
over and over and nobody els. When
inmate Sanchez #156159 and inmate R. GIRAUD
#202206 was just doing there a signed
job.
                              Rash~ ~
              Date -4-22-22/ Rasheen GIRAUD
                              #202206

# Witness Statement

5/2/2022

Ronald A. Schiavo   ID# 189985
Cell N-1-8 cell


On 4-22-2922 I was standing at my door waiting to eat lunch. I heard C/o Bell telling Inmate Sanchez very loudly to go lock up. I could see Sanchez became afraid because she was yelling at him and he told her I can't walk when I get nervouse please call medical for a wheelchaire, I can't get up. Medical and the LT came to the Block and asked Sanchez if he is refusing to lock up, He said, he would lock up and asked for help and a wheelchaire 2 or 3 time's but no one would help him.

Also that day I over hear C/o Bell telling another C/o "I don't want 2 crippled inmate's out working at the same time, I don't need 2 guy's wit a cane's working" This is the truth and I will say this to the court's if I'm asked to From Ronald A Schiavo

(Witness Statement)                                    5/0?/2022

AS I was Standing At my window on 4/22/202
At 10:15-10:30, I Saw c/o Bell yelling At
Mr. SAnchez to lock up, Sanchez Stated
that he needs c/o Bell to Call medical
for A wheelchair, c/o Bell yelled At
Sanchez Again, Sanchez then Asked for
A wheelChair At Second time,
   twice I herd Mr. SAnchez Ask for A
wheelChair.

                            Jonathan Luciano
                                411755

<u>Witness Statement</u>                                    5/2/2022

I was standing At my door when I herd
c/o Bell screaming At mr. Sancher, Sancher
has A disabilitie And Asked for A wheelchair
2-times befor being taken to Seg on 4/22/2022


                    <u>Kevin Wissman</u>
I was standing at my door when Mrs.
Bell told Mr. Sanchez to lock up. Mr. Sanchez
was having back problems in his lower
back so he needed a wheelchair. Mrs. Bell
called a code and Mr. Sanchez was stil
telling Mrs. Bell and the rest of the officer
he needed a wheelchair.

5/2/2022

(Witness Statement)

I herd mr. Sanchez Asked for A wheelchair
2-times While % Bell Screamed At him, on
4/22/2022

Pablo Romero # 429-831

(Witness Statement)                                    5/8/2022

I Saw c/o Bell yell At mr. Sanchez to lock
up, Sanchez told her to Call medical for A
wheelchair And She yelled Again and again,
But Sanchez Asked for A wheelchair 2 times.
This Was on 4/22/2022

(Witness Statement)                                    5/3/2022

I Saw and herd c/o Bell Screaming At
inmate Sanchez to lock up. Sanchez Asked for
A wheelChair, c/o Bell Kept Screaming And
Asked Sanchez if he's refusing to lock up,
Sanchez Stated he needs A wheelChair he
Cant move right now, Sanchez Asked twice for
A wheelChair But c/o Bell Called LT. Callender
insted of Calling medical.

**Cheshire Correctional Institution**
General Note

*April 29, 2022*
Page 1

**JORGE SANCHEZ    INMATE ID #: 00156159   51 Years Old**
**DOB: 01/24/1971 Race: Unspecified   Gender: Male**
**LOC: 125 M 123   Med Score: 2 Sub Score: N ...   MH Score: 2 Sub Score: ....**

**04/29/2022 - General Note: Medical Prescriber : Note for custody: Sitting at work**
**Provider: Deborah Broadley DNP APRN**
**Location of Care: Cheshire Correctional Institution**

**Encounter Context**
**Facility at time of evaluation:** Cheshire Correctional Institution
**Age at Time:** 51 Years Old

## General Note

**General Note Type:**  Medical Prescriber
**Subject:**  Note for custody: Sitting at work
**Note:**  For medical reasons, please allow Mr. Sanchez to sit during work.

Thank you for your consideration.
D. BROADLEY, DNP, APRN

**Electronically signed by Deborah Broadley DNP APRN on 04/29/2022 at 7:29 AM**



# S T A T E   O F   C O N N E C T I C U T
## DEPARTMENT OF CORRECTION
### 24 Wolcott Hill Road
### Wethersfield, CT  06109

June 24, 2022

Jorge Sanchez 156159
Cheshire CI

Dear Mr. Sanchez,

Please note that I received the copy you stated you sent to Disability Advocacy. Thank you for sharing this but I must say I am very disappointed that you would not share your concern with me so I could have assisted you. You may reach out here for assistance any time not just as a place to make appeals.
I am more than happy to address job related concerns such as yours to find resolution. Using a hunger strike was unnecessary. Every unit phone has access to the ADA Hotline number. This is a way to get information up here without the need for the mail or anonymously or for expedited resolution.

The ADA coordinator at Cheshire has changed and now Captain Blackstock is the ADA coordinator.


Sincerely,

Colleen Gallagher, MA, CADAC, CCHP,
Correctional Health Services Program Director
Disability Rights Coordinator
Compliance Unit

Copy:
Captain Blackstock



Disability Advocacy,                                          5/16/2022

I have A Story for you, I'll try to keep it Short.
first I have multiple disabilities, I was born with Asthma,
in 1994 I Suffered multiple Gun Shots to the Spine, left lung,
face, right hand, which made me A paraplegic, I walk
with A 4-point Cane for balance because of my Spinal Cord
Spasm, I take 30-mil of baclofen medication twice A
day to keep my Spasm's to A minimum. The D.O.C. is
Suppose treat inmates with disabilities according to there disability.
        with that being, on 4/19/2022 I herd officer Bell
tell another officer that She does'nt like me Sitting next to
he officer's Station passing out the milk. I've been Sitting
here passing out the milk for About 8-years now, The A.D.A.
Coordinator At the time that gave me the Job was Garcia, She
was the Counselor Supervisor At that time, now Garcia is
The Director of programs And Treatment for the D.O.C.
Anyway, I told Counselor Rogers And unit Manager/A.D.A.
Coordinator Manik, Manik Said he would look into it.
on 4/22/2022, I Came out to do my Job, As Soon As I
Sat down officer Bell Said She's gonna rotate the workers
I told officer Bell that She Cant rotate because this Job
was made for me because of my disability, I Cant hardly
walk So I Just Sit here passing out the milk. officer Bell
Said that unit Manager Manik told her to. Manik is the
Americans with disabilities Act Coordinator, And he Knows
bout my disability And he never told me Anything About Any
rotating. So She Starts to yell At me And Asked me if I'm
refusing to rotate, I again explain to officer Bell that →

I was told to go back to my unit, when I got back to my unit, I was told I lost my Job, I'm under the old Law, I came in back in 1995 for A crime that happened in 1994. I get 16-days A month good time for working A 7-day A week Job. I lost my Job because of my disability And thats Not Right, from my underStanding I wasn't found guilty of Anything, So why did I loSe my Job? A.D.A. Manik whos my unit Manager won't even talk to me or Answer my request Slips when I write to him. Good time credits affects my parole eligibity

I have witness Statements, And copies of this entire incident along with grievances I filed.

Jorge Sanchez #156159
CheShire c.I.
900 Highland Ave.
CheShire, CT, 06410



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

| Facility/Unit: CheShire / NB-1-11 | Date: 5/5/2022 |
|---|---|
| Inmate name: Jorge Sanchez | Inmate number: 156159 |

### INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

### STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

On 4/22/2022 I was placed in SEG, I spent about 11-days there and came out on 5/2/2022, The D.R. was dismissed, So I write to unit Manager Manic about my Job, I wasn't found guilty of Anything yet he replaced me. I'm under the old Law I get Good time for working A 7-day Job. This unit manager Can't Do that- he violated my Due process, I would like my Same Job back, The Same one That A.D.A. Garcia gave me 8-yrs ago because of my disability.

Inmate signature: Jorge Sanchez          Date: 5/5/2022

- Deposit this form in the "Administrative Remedies" box.

### DECISION / OFFICIAL USE ONLY - DO NOT WRITE IN THE SPACE BELOW

| Date Received: 5/9/2022 | IGP #: 125-22-370 |
|---|---|
| Disposition: Rejected | Date of Disposition: 5/19/2022 |

The request for administrative remedy fails to satisfy the procedural requirements. In accordance with AD 9.6, an inmate must attempt to seek informal resolution prior to filing grievance. The inmate may attempt to resolve the issue verbally with the appropriate staff member or with a supervisor/manager. *If the verbal communication does not resolve the issue, the inmate shall submit a written request via CN 9601, Inmate Request Form. You must allow staff 15 business days to respond to your inmate request.*

| ☒ This decision is not subject to further appeal. | ☐ This matter may be appealed within 5 calendar days. |
|---|---|

| Staff Name Print: Warden Reis | |
|---|---|
| Signature: | Date: 5/19/2022 |

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: _Jorge Sanchez_

Inmate number: _156159_

Facility/Unit: _Cheshire_

Housing unit: _N3-1-11_

Date: _5/3/2022_

Submitted to: _Unit Manager / A.D.A - Mami'c_

1) Request: _c/o Bell told us that it was your idea to rotate the Cart Server's, knowing about my disabilitie why would you rotate me when I have Spinal Cord Issue's ?_

2) _I'm under the old Law, I get time for working A 7-day A week Job, why would you take me off the Job 1st, i wasn't found Guilty of Any disciplinary report?_

continue on back if necessary

Previous action taken: _(This Request was Submitted on 5/3/2022 with no Responce As of yet._

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jorge Sanchez

Inmate number: 156159

Facility/Unit: Cheshire

Housing unit: NB-1-11

Date: 7/28/2015

Submitted to: C.S. Garcia / A.D.A. Coordinator

Request: The Captain gave me the food Serving Job. Thank you for helping me. it's funny how I got the food Serving Job because my brother own's A restaurant out in Avon ct. Anyways Can you make Sure that I Start geting my Day a week good time for working please.

Thank you

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): _____ Title: _____

Action taken and/or response:

You're welcome
(Yes, I will ~)

continue on back if necessary

Staff signature: _____   Date: 8/3/15

( witness Statement )                    5/3/2022

on 4/19/2022 I, Jorge Sanchez went into the
Counselor Rogers office to Speak to Counselor Rogers
and unit Manager Manic about c/o Bell,
I told both of them that we herd c/o Bell
tell another officer that She dont like me
Siting by the officer's Station passing out
the milk. I told this to Counselor Rogers
And unit Manager Manic, while the office
door was wide open, And I have 3-
witnesses that overherd Every word I Said,
And unit ~~office~~ Manager Manic Said that
he would look into it.

Jorge Sanchez

Julio tones

Posh



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

| Facility/Unit: Cheshire | Date: 5/13/2022 |
|---|---|
| Inmate name: Jorge Sanchez | Inmate number: 156159 |

### INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

### STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

It's been exactly 15- calendar days since I wrote the request attached to this grievance. This Administration has a habit of not Answering request slips, And I'll also attach a few grievance log records as evidence to that statement.

All 3- wardens did tours in Segregation And none stoped to speak to me About why I was placed in Segregation, or to address the attach request slip I submitted on 4/25/2022

| Inmate signature: Jorge Sanchez | Date: 5/13/2022 |
|---|---|

- Deposit this form in the "Administrative Remedies" box

### DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 5/13/2022 | IGP #: 125-22-377 |
|---|---|
| Disposition: Rejected | Date of Disposition: 6/1/2022 |

Reason:

The request for administrative remedy fails to satisfy the procedural requirements. In accordance with AD 9.6, the request for an administrative remedy and the action sought should be stated simply and coherently.

| ☒ This decision is not subject to further appeal. | ☐ This matter may be appealed within 5 calendar days. |
|---|---|

| Staff Name Print: Warden Reis | |
|---|---|
| Signature: | Date: 6/1/2022 |

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

NO:NAME  NO:INMATE#  NO:HOUSING UNIT-CELL  NO:DATE=NO RESPONSE

Inmate name: Jorge Sanchez

Inmate number: 156159

Facility/Unit: **Cheshire Correctional Institution**    Housing unit: SEG/E-1-28    Date: 9/25/2022

Submitted to: Warden Reis / D.W. Nunez / D.W. Pierce

Request: I was placed in Seg because I Asked for A wheelchair to assist me when C/o Bell told me to lock up. I told LT. Callender Also that I needed A wheelchair but She Just put in Segregation, this is discrimination And deliberate indifference on LT. Callender And C/o Bell because everybody herd me ASK for A wheelchair. I was placed in Segregation because of my disability And the way C/o Bell wrote the D.R. She made it Seem like I did something wrong. This isn't Right, All I did was ASK for A wheelchair.

continue on back if necessary

Previous action taken: I will be going on A hunger strike until I'm ~~and~~ released from Seg, my hunger strike will be A protest against this injustice that was done to me because of my disability.

continue on back if necessary

Acted on by (print name):                    Title:

Action taken and/or response:

continue on back if necessary

Staff signature:                    Date:

(Exhibit #10)

# Grievance Log
## Connecticut Department of Correction

CN 9(
REV 1/31

| Facility/Unit: Cheshire CI (125) | Grievance Type: ☒ Line  ☐ Health | Page Number: 2A |
|---|---|---|

Facility Grievance Coordinator: ARC Cooper

| Grievance # | Inmate name: NB2 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 146 | | | | 12/14 | | | | | | | | | | |
| | Grievance Summary | * Subject Code | Facility # | Fiscal Year | Grievance # | | Transfer number (if applicable) | | | | | | | |
| | Mailroom holding back | 15 | 125 | 21 | 146 | | | | | | | | | |

| Grievance # | Inmate name: SB1 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 147 | | 25/15/14 | | 12/16 | | | | | | | | | | |
| | Grievance Summary | * Subject Code | Facility # | Fiscal Year | Grievance # | | Transfer number (if applicable) | | | | | | | |
| | Mold in cell | 6 | 125 | 21 | 147 | | | | | | | | | |



| Grievance # | Inmate name: NB2 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | | | | 12/16 | | | | | | | | | | |
| | Grievance Summary | * Subject Code | Facility # | Fiscal Year | Grievance # | | Transfer number (if applicable) | | | | | | | |
| | Grieving Warden Walker not answering request | 85 | 125 | 21 | 148 | | | | | | | | | |



| Grievance # | Inmate name: NB2 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 149 | | | | 12/16 | | | | | | | | | | |
| | Grievance Summary | * Subject Code | Facility # | Fiscal Year | Grievance # | | Transfer number (if applicable) | | | | | | | |
| | DW Nunez not answering request | 18 | 125 | 21 | 149 | | | | | | | | | |

| Grievance # | Inmate name: SB2 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 | | 12/05 | | 12/16 | | | | | | | | | | |
| | Grievance Summary | * Subject Code | Facility # | Fiscal Year | Grievance # | | Transfer number (if applicable) | | | | | | | |
| | COVI 19 spreading throughout the facility | 3 | 125 | 21 | 150 | | | | | | | | | |

Sanchez, Jorge
Grievance Log 2020

057

*(Exhibit #10)*



# Grievance Log July 1, 2019-June 30, 2020
## Connecticut Department of Correction

CN 9?
REV 1/31

| Facility/Unit: Cheshire CI (125) | | Grievance Type: ☒ Line ☐ Health | | Page Number: 22 |
|---|---|---|---|---|

Facility Grievance Coordinator: ARC Cooper

| Grievance # | Inmate name: NB2 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | ▓▓▓▓▓ ~50 | | L1 | 11/2 | 10/3 | D | L2 | 12/1/20/01/01/20 | | D | L3 | | |

Grievance Summary: Counselor not following typewriter policy
* Subject Code: 18 | Facility #: 125 | Fiscal Year: 21 | Grievance #: 106 | Transfer number (if applicable):



| Grievance # | Inmate name: NB4 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | ▓▓▓ ▓▓▓▓ | | L1 | | | R | L2 | | | | L3 | | |

Grievance Summary: Staff did not reply to request
* Subject Code: 18 | Facility #: 125 | Fiscal Year: 21 | Grievance #: 107 | Transfer number (if applicable):



| Grievance # | Inmate name: NB2 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | ▓▓▓ ▓▓▓ | ▓▓▓▓ | L1 | 11/4 | 3/11/20 | R | L2 | | | | L3 | | |

Grievance Summary: Property officer refusing to reply to reworks
* Subject Code: 18 | Facility #: 125 | Fiscal Year: 21 | Grievance #: 108 | Transfer number (if applicable):

| Grievance # | Inmate name: FB1 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | ▓▓▓▓▓▓▓▓▓ | | L1 | 11/4 | 11/13 | R | L2 | | | | L3 | | |

Grievance Summary: SRG Appeal transferred to cent. office Lvl 3 Reviewer
* Subject Code: 35 | Facility #: 125 | Fiscal Year: 21 | Grievance #: 109 | Transfer number (if applicable):

| Grievance # | Inmate name: | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | ▓▓▓▓▓ | ▓▓▓ | L1 | 11/6/20 | 12/11 | R | L2 | 1/2/2/20 1/22/20 | | R | L3 | | |

Grievance Summary: Didn't get scheduled legal call when facility was on emgy lock
* Subject Code: 18 | Facility #: 125 | Fiscal Year: 21 | Grievance #: 110 | Transfer number (if applicable):

Sanchez, Jorge
Grievance Log 2020
049

(Exhibit #11)



# Grievance Log
## Connecticut Department of Correction

CN 9[ ]
REV 1/31

| Facility/Unit: Cheshire CI (125) | | | Grievance Type: ☒ Line ☐ Health | | | Page Number: 28 |

Facility Grievance Coordinator: ARC Cooper

| Grievance # | Inmate name: SB5 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 136 | | | L1 | 11/23 | 12/29 | D | L2 | | | | L3 | | | |
| *Subject Code | Facility # | Fiscal Year | Grievance # | Transfer number (if applicable) |
| Level should drop due to decision on level 2 | 2 | 125 | 21 | 136 | |

| Grievance # | Inmate name: NB2 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 137 | | | L1 | 11/24 | 11/42 | R | L2 | | | | L3 | | | |
| *Subject Code | Facility # | Fiscal Year | Grievance # | Transfer number (if applicable) |
| Use and enforcement of ice detainers | 8 | 125 | 21 | 137 | |

| Grievance # | Inmate name: NB2 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 | Grievance Summary | | L1 | 11/30 | 11/18 | D | L2 | | | | L3 | | | |
| *Subject Code | Facility # | Fiscal Year | Grievance # | Transfer number (if applicable) |
| DHO Davis not responding to request | 18 | 125 | 21 | 138 | |

| Grievance # | Inmate name: NB2 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 139 | Grievance Summary | | L1 | 12/ | 11/18 | R | L2 | | | | L3 | | | |
| *Subject Code | Facility # | Fiscal Year | Grievance # | Transfer number (if applicable) |
| Not receiving high cal product | 13 | 125 | 21 | 139 | |

| Grievance # | Inmate name: SB4 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 140 | Grievance Summary | | L1 | 12/30 | | | L2 | | | | L3 | | | |
| *Subject Code | Facility # | Fiscal Year | Grievance # | Transfer number (if applicable) |
| Facility transfer | 35 | 125 | 21 | 140 | |

Sanchez, Jorge
Grievance Log 2020
055

*(Exhibit #10)*

# Grievance Log
## Connecticut Department of Correction

CN 9○
REV 1/31

Facility/Unit: Cheshire CI (125) — Grievance Type: ☒ Line ☐ Health — Page Number: 30

Facility Grievance Coordinator: ARC Cooper



| Grievance # | Inmate name: NP2 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | Disp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 156 | | | | 12/23 | | | | | | | | | | |
| | Grievance Summary | * Subject Code | Facility # | Fiscal Year | Grievance # | Transfer number (if applicable) |
| Capt Demitz not responding to request | 18 | 125 | 21 | 156 | |

| Grievance # | Inmate name: NP3 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | Disp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 157 | | | | 12/23 | | | | | | | | | | |
| | Grievance Summary | * Subject Code | Facility # | Fiscal Year | Grievance # | Transfer number (if applicable) |
| Commissary did not replace headphones | 21 | 125 | 21 | 157 | |

| Grievance # | Inmate name: NP3 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | Disp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 158 | | | | 12/23 | | | | | | | | | | |
| | Grievance Summary | * Subject Code | Facility # | Fiscal Year | Grievance # | Transfer number (if applicable) |
| Not being released for his ADA shower | 3 | 125 | 21 | 158 | |

| Grievance # | Inmate name: NP41 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | Disp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 159 | | | | 12/08 | | | | | | | | | | |
| | Grievance Summary | * Subject Code | Facility # | Fiscal Year | Grievance # | Transfer number (if applicable) |
| Doc not protecting from CoViD | 3 | 125 | 21 | 159 | |

| Grievance # | Inmate name: NP2 | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | Disp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 12/08 | | | | | | | | | | |
| | Grievance Summary | * Subject Code | Facility # | Fiscal Year | Grievance # | Transfer number (if applicable) |
| Efile being delayed | 3 | 125 | 21 | 160 | |

Sanchez, Jorge
Grievance Log 2020
059

*(Exhibit #10)*

## Grievance Log
### Connecticut Department of Correction

CN 96
REV 1/31,

Facility/Unit: Cheshire CI | Grievance Type: ☒ Line ☐ Health | Page Number: 38

Facility Grievance Coordinator: Cinper

| Grievance # | Inmate name: | Inmate #: | L1 | Date RCVD | Disp. Date | Disp. | L2 | Date RCVD | Disp. Date | Disp. | L3 | Date RCVD | Disp. Date | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 186 | | | L1 | 12061 | | | L2 | | | | L3 | | | |
| **Grievance Summary** | | **Subject** | **Facility #** | **Fiscal Year** | **Grievance #** | **Transfer number (if applicable)** | | | | | | | | |
| Refund from commissary not returned | | 21 | 125 | 21 | 186 | | | | | | | | | |
| 187 | | | L1 | 12061 | | | L2 | | | | L3 | | | |
| **Grievance Summary** | | **Subject Code** | **Facility #** | **Fiscal Year** | **Grievance #** | **Transfer number (if applicable)** | | | | | | | | |
| Fed CDS reviewed by Intel Lt. w/ him | | 20 | 125 | 21 | 187 | | | | | | | | | |
| 188 | | | L1 | 12061 | | | L2 | | | | L3 | | | |
| **Grievance Summary** | | **Subject Code** | **Facility #** | **Fiscal Year** | **Grievance #** | **Transfer number (if applicable)** | | | | | | | | |
| Legal access | | 20 | 125 | 21 | 188 | | | | | | | | | |
| 189 | | | L1 | 12061 | | | L2 | | | | L3 | | | |
| **Grievance Summary** | | **Subject Code** | **Facility #** | **Fiscal Year** | **Grievance #** | **Transfer number (if applicable)** | | | | | | | | |
| denied GNC order | | 3 | 125 | 21 | 189 | | | | | | | | | |
| 190 | | 1185 | L1 | 12061 | | | L2 | | | | L3 | | | |
| **Grievance Summary** | | **Subject Code** | **Facility #** | **Fiscal Year** | **Grievance #** | **Transfer number (if applicable)** | | | | | | | | |
| Grieving Warden for not responding to request for video preservation | | 18 | 125 | 21 | 190 | | | | | | | | | |

\* Subject Codes: (A) Accepted; (C) Compromised; (D) Denied; (R) Rejected; and, (W) Withdrawn.

Sanchez, Jorge
Grievances 2021
006



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

| | | |
|---|---|---|
| Facility/Unit: *Cheshire / NB-1-11* | Date: *5/16/2022* | |
| Inmate name: *Jorge Sanchez* | Inmate number: *156159* | |

### INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

### STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

*I wrote to All 3 wardens about LT. Callender's Abusing her authority but placing me in Solitary Confinement because of my disability. it's pass 15 days Since I filed my Complaint with no response. I would like to file Some type of departmental Charges, if it's possible. I have witnesses to the entire incident.*

| | | |
|---|---|---|
| Inmate signature: *Jorge Sanchez* | Date: *5/16/2022* | |

- Deposit this form in the "Administrative Remedies" box.

---

### DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| | | |
|---|---|---|
| Date Received: 5/16/2022 | IGP #: 125-22-378 | |
| Disposition: Denied | Date of Disposition: *6/14/2022* | |

Reason:

Following the review your claims, it was determined that an inmate request form pertaining to your placement in RHU, was not received by the administration. Be advised, per AD 9.6, a CN 9601, Inmate Request Form, shall be addressed to the appropriate staff member and deposited in the appropriate collection box..

| | |
|---|---|
| ☐ This decision is not subject to further appeal. | ☒ This matter may be appealed within 5 calendar days. |

| | | |
|---|---|---|
| Staff Name Print: *Warden Reis* | | |
| Signature: | | Date: *6/14/2022* |



# Inmate Grievance Appeal Form - Level 2
## Connecticut Department of Correction

CN 9604
REV
04/30/2021

| Inmate name: Jorge Sanchez | | Inmate number: 156159 |
| Facility/Unit: cheshire | Housing unit: NB-1-11 | Date: 6/16/2022 |
| IGP number: 125-22-378 | | |

---

## Inmate Acknowledgement

- Use this form to appeal a CN 9602, Inmate Grievance Form- Level 1.
- When submitting this form, the following must be included for processing:
  - All original documentation for prior resolution (e.g. Initial CN 9601, Inmate Request form; CN 9602, Inmate Grievance Form Level 1; etc.).
- NOTE:
  - Your appeal must be filed within five (5) calendar days of the Level 1 response and deposited in the "Administrative Remedies" box within the institution. A level 2 shall be rejected if all documentation from the level 1 response is not included.

---

## Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because:

What Warden Reis said is false, I did Submit A request on 4/25/2022, about being placed in Solitary Confinement because of my disability to All 3 Wardens And no one responded, I have evidence- 5 pages of grievance logs, As you Can See, inmates are Always writing up this administration for not responding to their request slips. And I did address my request to the appropriate Staff, there's no one higher than these 3 Wardens in this prison. Not one of them Stoped to talk to me about my Seg placement, you Can check the Seg log Books on how many times All 3 Wardens did thier tour down there.

| Inmate signature: | | Date: |

---

## FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: 6/21/22 | Disposition: **Rejected** | Date of disposition: 7/22/22 |

Reasons:
125-22-378

*You are appealing a level one grievance (~~137-22-378~~) regarding staff conduct (LT Callender) at Cheshire C.I. The facility denied your grievance, however, utilized a disposition which is reserved for rejection due to no informal resolution. When utilized, the grievance would be given 5 days to refile as a new grievance and not subject to a level 2 review. To remedy this issue, you will be allowed to resubmit a level 1 grievance regarding your original complaint, it will be accepted as timely if submitted within 5 days of receiving this response. Your level 2 grievance appeal is denied.*

| Level 2 reviewer print name: RODRIGUEZ | Title: DA |
| Level 2 reviewer signature: | Date: 7/22/22 |

☐ This grievance may be appealed within five (5) Calendar days to Level 3.

☒ This decision is not subject to further appeal.



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

Facility/Unit: Cheshire

Date: 8/8/2022

Inmate name: Jorge Sanchez

Inmate number: 156159

## INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

## STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

District Administrator Rodriguez, told me to resubmit this level-1 grievance, I wrote to All 3-Wardens about LT. Callender's Abusing her authority by placing me in Solitary Confinement because of my disability. Its passed 15-days Since I filed my complaint with no response, I would like to file departmental charges under the American's with disabilities Act, for discrimination And violating my State, And federal civil rights.

Inmate signature: Jorge Sanchez

Date: 8/8/2022

- Deposit this form in the "Administrative Remedies" box.

## DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 8/10/2022

IGP #: 125-23-053

Disposition: Rejected

Date of Disposition: 8/24/2022

Reason:

The request for administrative remedy fails to satisfy the procedural requirements. In accordance with AD 9.6, an inmate must attempt to seek informal resolution prior to filing grievance. The inmate may attempt to resolve the issue verbally with the appropriate staff member or with a supervisor/manager. *If the verbal communication does not resolve the issue, the inmate shall submit a written request via CN 9601, Inmate Request Form.*

☒ This decision is not subject to further appeal.

☐ This matter may be appealed within 5 calendar days.

Staff Name Print: Warden Reis

Signature:

Date: 8/24/2022

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE

Inmate name: Jorge Sanchez

Inmate number: 156159

Facility/Unit: **Cheshire Correctional Institution** | Housing unit: SEG/E-1-20 | Date: 9/25/2022

Submitted to: Warden Reis/D.W. Nunez/D.W. Pierce

Request: I was placed in Seg because I Asked for A wheelchair to assist me when c/o Bell told me to lock up. I told LT. Callender Also that I needed A wheelchair but she just put in Segregation, this is discrimination And deliberate indifference on LT. Callender And c/o Bell because everybody herd me ask for A wheelchair. I was placed in Segregation because of my disability And the way c/o Bell wrote the D.R. She made it seem like I did something wrong. This isn't Right, All I did was ask for A wheelchair.

continue on back if necessary

Previous action taken: I will be going on A hunger strike until I'm ~~get~~ released from Seg, my hunger strike will be A protest against this injustice, that was done to me because of my disability.

continue on back if necessary

Acted on by (print name): | Title:

Action taken and/or response:

continue on back if necessary

Staff signature: | Date:

(10:15-AM)

(Witness Statement)                    4/22/2022

On The above date And Time I witness LT.
Callender Run to North Block #1 with A
group of officers, LT. Callender Asked c/o Bell
whats going on, At which point c/o Bell Started
talking to LT. Callender in a Calm manner,
But before the LT. Showed up c/o Bell was yelling
At mr. Sanchez to lock up, mr. Sanchez told
c/o Bell twice that he needs A wheelchair
because his Spine is Shaking. LT. Callender
Asked mr. Sanchez did he refuse to lock up,
mr. Sanchez, Said he Asked for A wheelchair
twice, if c/o Bell wanted him to lock up She
would have to Call medical for A wheelchair
because his spine was Shaking. At this point
LT. Callender told c/o Bell to Call medical for
A wheelchair, when medical Came with the
wheelchair, LT. Callender Asked mr. Sanchez once
again did he refuse to lock up, mr. Sanchez explain
to LT. Callender about his Spinal Cord issues And
nurse Stacy who had the wheelchair in her hands
Said to LT. Callender that his back is messed
up. At this point LT. Callender ordered the officer
to place handcuffs on mr. Sanchez, And they helped
him into the wheelchair And took him to the
Solitary Confinement unit.
(witness Signature's on the Back of this page) →



# Lost/Damaged Property Investigation Form
## Connecticut Department of Correction

CN 9610
REV
04/30/2021

Inmate name: Jorge Sanchez

Inmate number: 156159

Facility/Unit: Cheshire

Housing unit: NB-1-11

Date: 7/7/2022

**1.** Identify property lost/damaged **(NOTE: you may only claim property that was legitimately yours. Giving false information regarding this matter may subject you to disciplinary action).**

On 4/22/2022 I was placed in Segregation, I got out on 5/2/2022 And picked up my property, my radio was, All busted up, I Asked the property officer what happened to my radio, She miss G, said thats how they gave it back to her.

**2.** Where was property at the time of alleged loss? **(be specific about facility and area)**

In my Cell NB-1-11, At the time I was placed in Segregation it was in this Staff's hands At Cheshire C.I.,

**3.** Describe circumstances of alleged loss **(be specific about date, time, place and staff involved)**

my radio - Boom Box was not lost, it was damaged, I wrote D.W. Nunez on 5/2/2022, with no response About the damage to my radio. After I got out of Segregation is when I Saw my radio, which I've had for 28 years without A problem until now.

**4.** Informal resolution. Attach a copy of the inmate request form (form CN 9601) containing the appropriate staff member's response, or specify why the form is not attached.

I wrote to D.W. Nunez About my Boom Box And he never Answered my request, I have evidence that D.W. Nunez doesn't Answer request slips by way of Grievance logs - I'll Add one with this form And the copy of the request I wrote to D.W. Nunez on 5/2/2022 which is past the 15-business days mark.

Inmate signature: Jorge Sanchez

Date: 7/7/2022

*You may file a property claim (form CN 9611) if issue remains unresolved*

### FOR OFFICIAL USE ONLY – ADMINISTRATIVE REMEDY COORDINATOR

Property Investigation number: 10182

Date received: 7/11/2022

Property Issue: Damaged Radio

Comments:
This Lost/ Damaged Property Investigation you filed regarding a damaged radio was reviewed. Following the review of your claims it was found that you did not purchase a radio-boom box. In accordance with AD 6.10, an inmate may possess only that property authorized for retention upon admission to the facility, issued while in custody, purchased in the facility commissary, or approved at the facility. Therefore, this property investigation is denied.

Reviewer:

Date: 7/27/2022

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jorge Sanchez                    Inmate number: 156159

Facility/Unit: Cheshire          Housing unit: NB-1-11    Date: 5/2/2022

Submitted to: Warden Nunez

Request: I Came out of Seg today, and my radio is all busted up, the buttons stick down when I press play on my Tape player And the Tape player chesint even work any more And one of my Speakers is donted in, like Someone pushed it in on purpose, Every one told me that Someone from intelligence came into my room and took my radio. I would like for you to rewind the camera and Ask the officer who took my radio why he or She did that to my radio? (Time of incident - 4/22/2022)

continue on back if necessary

Previous action taken: The last time intelligence took my radio - A few years ago when warden Nunez was my unit Manager they broke it, it took me A long time to find Some one to fix it, now they broke it again, I would like permission to order A new one.

continue on back if necessary

Acted on by (print name):                    Title:

Action taken and/or response:

continue on back if necessary

Staff signature:                              Date:

 

# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
CHESHIRE CORRECTIONAL INSTITUTION
OFFICE OF INVESTIGATION AND INTELLIGENCE
900 HIGHLAND AVENUE
CHESHIRE, CT 06410

To:  Sanchez, Jorge #156159

From:  Administrative Captain

Date:  5/11/2022

Re: Preservation of video evidence.

Your request to preserve camera footage from North Block 1, on 4/22/2022, from 10:15AM-3PM, is complete. The following disc was secured into evidence:

**CCI-VP-22-531**


In accordance with Connecticut General Statute, 1-210, b. (18)  Any access to the aforementioned videodisc will require a subpoena based on the risks to safety, security and sensitive nature of its contents.

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jorge Sanchez

Inmate number: 156159

Facility/Unit: cheshire

Housing unit: NB-1-11

Date: 6/13/2022

Submitted to: F.O.I./Lamar/Testa

Request: I need the incident report for 4/22/2022, the day LT. Callender took me to Seg, I paid you guys But I didnt get Anything in return' So let's try this Again, here's another $5.25 for Copies of that incident report.

Thank you

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):                    Title:

Action taken and/or response: Received. See attached documents.

*continue on back if necessary*

RECEIVED
JUN 1 4 2022
BY:

Staff signature: Lamar                    Date:

| Shift Commander Overview and Notification Sheet Connecticut Department of Correction | CN 6602 REV 10/01/18 |
|---|---|

| Report Number: CCI-2022-04-060 | Page | / | of | 2 |
|---|---|---|---|---|

| ☒ Facility/Unit: Cheshire Correctional Institution | ☐ Parole Office/Unit |
|---|---|

| Date: 04/22/2022 | Time: 10:15 | ☒ am ☐ pm | Incident Class: | ☐ 1. ☐ 2. ☒ 3. | Type: C |
|---|---|---|---|---|---|

Incident Location: North Block 1

| Prepared By: ▓▓▓ Callender | Title: Lieutenant |
|---|---|

## Overview and Summary (Utilize CN 6605, Incident Report Supplemental for addition information)

Incident package reviewed. The reporting supervisor and staff took appropriate actions per review of the provided incident Report and Supplemental pages.

Inmate Sanchez was given directions several times to return to his respective cell by the unit officer, which he ignored. It was explained to the inmate Sanchez that a new worker rotation was being implemented and that he was going to be used on a different shift to work as a drink server. Even after the explanation, Sanchez refused to comply with the officer's direction. The sector supervisor was called and reported to the unit.

After speaking with the housing unit officer, the supervisor determined that Sanchez would be processed into restrictive housing and issued a Disciplinary Report for Flagrant Disobedience.

Subsequently, Sanchez was processed into restrictive housing without further incident. Due to Sanchez having physical limitations, a controlled strip search was conducted, resulting in negative findings. It should also be noted that Sanchez was issued his walker per medical inside of the cell in RHU.

No staff or inmate injuries report at this time.

## Notifications

| Duty Officer: | Date: | Time: | | ☐ am ☐ pm |
|---|---|---|---|---|
| Unit Administrator: | Date: | Time: | | ☐ am ☐ pm |
| District Administrator: | Date: | Time: | | ☐ am ☐ pm |
| Deputy Commissioner: | Date: | Time: | | ☐ am ☐ pm |
| Commissioner: | Date: | Time: | | ☐ am ☐ pm |
| Regional Chief Operating Officer: | Date: | Time: | | ☐ am ☐ pm |
| Central Office: | Date: | Time: | | ☐ am ☐ pm |
| Outside Agency: | Date: | Time: | | ☐ am ☐ pm |
| Police/Fire: | Date: | Time: | | ☐ am ☐ pm |
| Public Information Officer: | Date: | Time: | | ☐ am ☐ pm |
| CISRP Coordinator: | Date: | Time: | | ☐ am ☐ pm |

## Shift Commander Signature

| Supervisor Name (Print): ▓▓▓ Rodriguez | Title: Captain |
|---|---|
| Signature: ██████████ | Date: 04/22/2022 |

## Shift Commander Overview and Notification Sheet
### Connecticut Department of Correction

CN 6602
REV 10/01/18

| Report Number: CCI-2022-04-060 | | Page | 2 of 2 |
|---|---|---|---|

| ☒ Facility/Unit: Cheshire Correctional Institution | ☐ Parole Office/Unit |
|---|---|

| Date: 04/22/2022 | Time: 10:15 | ☒ am ☐ pm | Incident Class: ☐ 1. ☐ 2. ☒ 3. | Type: C |
|---|---|---|---|---|

Incident Location: North Block 1

| Prepared By: ▇▇▇ Callender | Title: Lieutenant |
|---|---|

| Follow-Up | | | |
|---|---|---|---|
| If applicable, was verbal intervention successful? | ☐ Yes | ☒ No | ☐ N/A |
| Did this incident involve an inmate(s) whose age is between 18-25-year-old? | ☐ Yes | ☒ No | ☐ N/A |
| Did this incident involve a potential privacy breach of an inmate(s) protected health information? | ☐ Yes | ☒ No | ☐ N/A |

| Property damage: ☐ yes ☒ no | - Description: | | Value $: |
|---|---|---|---|
| Contraband recovered: ☐ yes ☒ no | - Description: | | |
| Physical force used: ☒ yes ☐ no | Chemical agents used: ☐ yes ☒ no | Restraints used: ☒ yes ☐ no | |

| Assigned to: | ☒ Administrative Detention | ☐ Medical | ☐ Staggered Observation |
|---|---|---|---|
| | ☐ Protective Custody | ☐ Outside hospital: | |
| | ☐ Other: | | |

| Criminal Prosecution | | |
|---|---|---|
| If a staff member was assaulted during the incident, is criminal prosecution requested? | ☐ YES | ☐ NO |
| Did an inmate request to pursue criminal charges against another inmate? | ☐ YES | ☐ NO |
| Connecticut State Police investigation number: | | |

| Administrator Review of Supervisor Summary/Overview |
|---|
| Deputy Warden: *Reviewed. Appropriate action taken by Staff / Supervisor. I/m Sinclair #156159 issued Class "A" D.R. for Flagrant — He Processed in ADV without further issue — No further review required at this time* |

| Signature: ▇▇▇ | Title: D/W | Date: 5/10/22 |
|---|---|---|

| Unit Administrator: *Reviewed. No further action required* | | |
|---|---|---|
| Signature: ▇▇▇ | Title: Warden | Date: 5/26/22 |

| Central Office: | | |
|---|---|---|
| Signature: | Title: | Date: |

# Incident Report
## Connecticut Department of Correction

CN 6604
REV 10/01/18

☑ Facility/Unit: *Cheshire CI*    ☐ Parole Office/Unit:

Date: *4/22/22*    Time: *10⁵*    ☑ am ☐ pm    Report Number: CCI/2022 ████

Incident Class: ☐ 1 ☐ 2 ☑ 3    Type: *C*    Incident Location: *North Block 1*

Prepared By: ████ *BELL*    Title:

| | Inmate Name (Last & First) | ID Number | Race | Housing | Status | | Staff Name (Last & First) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Sanchez, Jorge | 156159 | H | NB1-11 | S | 1. | BELL | B | 4/0 | S |
| | | | | | | 2. | ████ | W | C/O | RSE |
| 2. | | | | | | 3. | ████ | W | 25/45 | RSE |
| | | | | | | 4. | ████ | B | LS | RS |
| 3. | | | | | | 5. | ████ | W | C/O | RSE |
| | | | | | | 6. | ████ | B | C/O | RSE |
| 4. | | | | | | 7. | Bordeau | H | C/O | RSE |
| | | | | | | 8. | | | | |
| 5. | | | | | | 9. | | | | |
| | | | | | | 10. | | | | |
| 6. | | | | | | 11. | | | | |
| | | | | | | 12. | | | | |
| 7. | | | | | | 13. | | | | |
| | | | | | | 14. | | | | |

Status Codes: V (Victim), S (Suspect), RPE (Reporting Employee), IW (Inmate Witness), EW (Employee Witness), RSE (Responding Employee), RS (Responding Supervisor)

Race Codes: A (Asian), B (Black), H (Hispanic), N (Native American), W (White), O (Other)

Narrative:

On 4/22/22 at approximately 10⁵ am posted as the North Block 1 Officer. I explained to inmate Sanchez #156159 that I was going to rotate him between first and second shift. This officer explained to him that I spoke with Counselor Supervisor Manick, and he said that can rotate him. Inmate Sanchez #156159 was asked several times to lock up and refused. Lieutenant Calender was notified and inmate Sanchez #156159 was escorted out of unit by wheelchair ——————— BELL

Reporting Employee Signature ████ *BELL*    Title: *Correction Officer*

Report Date: *4/22/22*    Report Time: *10⁴⁸*    ☑ am ☐ pm



# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

Report Number: CCI-2022-04-060 | **Page** | of

☒ Facility/Unit: Cheshire CI | ☐ Parole Office/Unit:

Date of Incident: 4/22/2022 | Time of Incident : 10:15 | ☒ am ☐ pm

Incident Location:  North Block 1

Prepared By: ▓▓▓▓ Callender | Title: Lieutenant

Narrative: On 4/22/2022 at approximately 10:30am while assigned as the North Block Supervisor I Lieutenant ▓▓▓▓ Callender was summoned via hand held radio to North Block 1 by Officer ▓▓▓ Bell. Upon my arrival to the unit, Officer Bell reported that Inmate Sanchez, Jorge #156159 was refusing to recall to his cell after she gave him direction to recall to his cell. Inmate Sanchez who is an assigned tierman was apparently given direction by Officer Bell to recall to his cell because she was not utilizing him to work on dayshift because according to her the unit manager gave her permission to rotate him on first and second shift. Inmate Sanchez challenged her authority and according to her refused to recall on multiple occasions telling her that he was staying out to work. He was therefore given a Class A Disciplinary report for Flagrant Disobedience.

I explained to Inmate Sanchez that at this present time he was receiving a Class A disciplinary report for Flagrant Disobedience and would need to be escorted to the Restrictive Housing Unit (RHU). He was given directions to comply with all directions given to him to which he complied.

Officer ▓▓▓ Badillo was assigned as the camera operator and Officer's ▓▓▓▓ Chagnon was assigned as the left side escorting Officer who applied wrist restraints to the front and Officer ▓▓▓▓ Mcdonald was assigned to the right side. Due to inmate Sanchez's physical inability to stand with a steady gait without the assistance of a walker nurse ▓▓▓▓ Montaque reported to North Block 1 with a wheelchair.

Inmate Sanchez was escorted to RHU via wheelchair where an over the bunk search was conducted due to his physical inability to stand without assistance. Once in RHU 23 cell both escorting Officers Mcdonald and Chagnon along with RHU officer ▓▓▓ Trotman assisted him to his feet and guided him to the bunk where an Over the bunk search was conducted.  The search was led by officer ▓▓▓ Trotman which resulted in zero findings.

It should be noted that this search was supervised by me however due to cross gender protocol when inmate Sanchez became nude I was out of the immediate view of him (due to his compliant behavior) until he was no longer nude. It should also be noted that inmate Sanchez's walker was cleared to remain in his cell per medical.

Inmate Sanchez was cleared by ▓▓▓▓ Montaque, RN for placement without incident.

Officer Badillo was instructed to sign off of the camera at approximately 10:28am.

Reporting Employee Name (Print): ▓▓▓ Callender | Title: Lieutenant

Signature: ▓▓▓ *Callender* ▓▓▓

Report Date:  4/22/2022 | Report Time: 12:41 | ☐ am ☒ pm

Type of Report: 3C | ☐ Individual | ☒ Supervisor Summary

Q22

# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: CG 22 01008 | Page 2 of 6 |
|---|---|

| ☒ Facility/Unit: Cheshire C.I. | ☐ Parole Office/Unit: N/A |
|---|---|

| Date of Incident: 04/22/2022 | Time of Incident: 10:3 | ☒ am ☐ pm |
|---|---|---|

| Incident Location: North Block 1 |
|---|

| Prepared By : Trotman, ▮▮▮ | Title: Correction Officer |
|---|---|

**Narrative:**

On 4/22/2022, 2021 at approximately 10:30AM inmate Sanchez, Jorge #156159 was escorted to East Block 1 for a restrictive housing unit placement.

I, Officer Trotman, was the control Officer and assisted staff in the over the bunk control strip search of inmate Sanchez resulting in negative findings. Inmate Sanchez was issued a t-shirt, under garments and a red jumper. Inmate Sanchez was assessed by medical staff and secured in (RHU) EB123 cell without further incident. EOR

| Reporting Employee Name (Print): Trotman, ▮▮▮ | Title: Correction Officer |
|---|---|
| Signature: ▮▮▮▮ | |

| Report Date: 04/22/2022 | Report Time: 10:50 | ☒am ☐ pm |
|---|---|---|

| Type of Report: 3C | ☒ Individual | ☐ Supervisor Summary |
|---|---|---|

# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: *CI list street* | Page 3 of 4 |
|---|---|

☒ Facility/Unit: Cheshire C.I.  ☐ Parole Office/Unit: N/A

Date of Incident: 04/22/2022   Time of Incident: 10:15   ☒ am ☐ pm

Incident Location: North Block 1

Prepared By: Chagnon, ▮▮▮▮   Title:   Correctional Officer

**Narrative:**

On 4/22/2022 this officer was posted as Activity 2. At approximately 10:15 AM this officer reported to North Block 1 to escort inmate Sanchez, Jorge #156159 to Restrictive Housing Unit(RHU). This officer applied wrist restraints(Handcuff) on inmate Sanchez and along with other staff escorted him to RHU utilizing a wheel chair with myself on the left side. Once in RHU inmate was escorted into cell 123 and a controlled strip search was conducted with negative findings. Once the strip search was complete inmate Sanchez was secured in 123 cell without any incident. No further actions was taken by this officer.

Reporting Employee Name (Print): Chagnon, ▮▮▮▮   Title: Correctional Officer

Signature: ▮▮▮▮

| Report Date: 04/22/2022 | Report Time: 11:04 | ☒ am ☐ pm |
|---|---|---|

| Type of Report: 3C | ☒ Individual | ☐ Supervisor Summary |
|---|---|---|

# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: CCI-2-22-4440 | Page 11 of 16 |
|---|---|

| ☐ Facility/Unit: CHESHIRE C.I. | ☐ Parole Office/Unit: |
|---|---|

| Date of Incident: 4/22/22 | Time of Incident: 10:23 | ☑ am ☐ pm |
|---|---|---|

Incident Location: NORTH BLOCK 1

| Prepared By: BADILLO ▓▓▓ | Title: CORRECTION OFFICER |
|---|---|

Narrative: ON APRIL 22 2022 AT APPROX 10²³ AM THIS OFFICER DIGITALLY VIDEO RECORDED THE R.H.U. ESCORT OF INMATE SANCHEZ, JORGE #156159 NB1-15 CELL. THE INMATE WAS ESCORTED VIA WHEELCHAIR DUE TO INMATE SANCHEZ INABILITY TO WALK. MEDICAL STAFF ASSISTED THE INMATE ONTO THE WHEELCHAIR. THE INMATE WAS PLACED IN HANDCUFFS AND ESCORTED FROM THE NORTH BLOCK 1 DAYROOM AREA TO EB1-23 CELL WHERE HE WAS CONTROL STRIP SEARCHED DUE TO HIS MEDICAL STATUS HES INCAPABLE OF STANDING OR WALKING. HE WAS STRIP SEARCHED WITH NEGATIVE FINDINGS AND SECURED IN EB1-23 CELL WITH NO FURTHER INCIDENT.                                                    BADILLO

| Reporting Employee Name (Print): BADILLO ▓▓▓ | Title: CORRECTION OFFICER |
|---|---|
| Signature: ▓▓▓ Badillo | |

| Report Date: 4/22/22 | Report Time: 10⁵⁹ | ☑ am ☐ pm |
|---|---|---|

| Type of Report 3C | ☑ Individual | ☐ Supervisor Summary |
|---|---|---|

# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: CCI · · · · · · | Page 5 of 6 |
|---|---|

| ☒ Facility/Unit: Cheshire C.I. | ☐ Parole Office/Unit: N/A |
|---|---|

| Date of Incident: 04/22/2022 | Time of Incident: 10:15 | ☒ am ☐ pm |
|---|---|---|

Incident Location: North Block 1

| Prepared By: McDonald, ▓▓▓ | Title:   Correctional Officer |
|---|---|

**Narrative:**

   On 4/22/2022 I, Officer McDonald was posted as North Block Rover 2. At approximately 10:15 AM this officer reported to North Block 1 to escort Inmate Sanchez, Jorge #156159 to Restrictive Housing Unit(RHU). This officer assisted staff apply wrist restraints(Handcuff) on Inmate Sanchez and escort him to RHU utilizing a wheel chair with myself on the right side. Once in RHU Inmate Sanchez was escorted into cell #123 and a controlled strip search was conducted with negative findings. Once the strip search was complete Inmate Sanchez was secured in cell 123 without any further incident.

| Reporting Employee Name (Print): McDonald, ▓▓▓ | Title: Correctional Officer |
|---|---|

| Signature: ▓▓▓ | | |
|---|---|---|

| Report Date: 04/22/2022 | Report Time: 12:20 | ☐ am ☒ pm |
|---|---|---|

| Type of Report: 3C | ☒ Individual | ☐ Supervisor Summary |
|---|---|---|

# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: CN 2022 0100 | Page 6 of 6 |
|---|---|

| ☑ Facility/Unit: CCI | ☐ Parole Office/Unit: |
|---|---|

| Date of Incident: 4/22/22 | Time of Incident: 10:15 | ☑ am ☐ pm |
|---|---|---|

Incident Location: North Block 1

| Prepared By: Bayle ▮▮▮ | Title: C/O |
|---|---|

**Narrative:**

On 4/22/22 I officer Bayle packed Inmate Sanchez, Jose's #156159 property from North Block 1 - 11 cell and brought it to property. and also submitted a copy to the Lieutenant's office of the property matrix.

| Reporting Employee Name (Print): Bayle ▮▮▮ | Title: C/O |
|---|---|

| Signature: ▮▮▮ | |
|---|---|

| Report Date: 4/22/22 | Report Time: 1:00 | ☐ am ☑ pm |
|---|---|---|

| Type of Report: 3C | ☑ Individual | ☐ Supervisor Summary |
|---|---|---|

# Medical Incident Report
## Connecticut Department of Correction

CN 6606
REV 10/01/18

| Facility/Unit: Cheshire CI | Report Date 4/22/22 | Time: 10:40 ☒ am ☐ pm |

Name of patient: Sanchez, Jorge     Inmate Number (if applicable): 156159

Medical staff name: ███████ Montague

Incident report submitted: ☐ yes ☐ no     Report Number: CI 22 01000     Date: 4/22

Treatment location: RHU

**Injury description:**

Inmate denies any injuries. Ø injuries noted at this time.

**Assessment:**

⊕ CMS / ⊕ ROM, skin intact to bilateral wrists

**Treatment administered:**

cuff check s/p RHU placement

**Required follow-up:**

MH / medical per protocol

**Observations/remarks:**

Inmate transported to RHU via wheelchair d/t unsteady gait. Inmate provided cane while in RHU.

**Chemical agent review prior to planned use of force:**
The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding or precluding the use of chemical agents (i.e. history of cardiac or respiratory condition, eye condition under active treatment, or documented prior severe and unexpected reaction to chemical agents).
Known contraindications based on review of health record?     ☐ yes ☐ no     n/a

**Placement after treatment:**
☐ Inmate is cleared for General Population Placement     ☒ Inmate is cleared for Restrictive Housing Placement
☐ Inmate is NOT cleared for Restrictive Housing Placement     ☐ Other (specify):

| Patient signature: | Date: 4/22/22 |
| Medical staff signature: ███ Montague | Date: 4/22/22 |
| Custody supervisor signature: | Date: 4/22/22 |



| **Use of Force Report**<br>**Connecticut Department of Correction** | CN 6501<br>REV 10/18/2018 |
|---|---|

| Provide responses to all of the following: *(If necessary, utilize CN6605, Incident Report- Supplemental, for further details).* | | |
|---|---|---|
| Date of Incident: 4/22/2022 | Time of Incident: 10:15pm | Incident Report Number: CCI-2022-04-060 |
| Inmate Name: Sanchez, Jorge | Inmate Number: 156159 | Location of Incident: North Block 1 |

| Purpose for using force (Check all that apply): | ☐ To Defend Self/Another | | ☒ To Maintain Safety/Security/Order | |
|---|---|---|---|---|
| | ☐ To Prevent Escape | ☐ Inmate Self Harm | | ☐ Other (Describe below in detail) |

**Describe in detail purpose of using force:** Inmate Sanchez received a Class A Disciplinary Report for Flagrant Disobedience.

**Nature of Threat (Check all that apply):** ☐ Immediate (actively happening)  ☐ Imminent (about to happen)  ☒ Anticipated (expected to happen)

**Identify highest level of threat:**

| ☐ Passive Resistance:<br>(Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement) | ☐ Active Resistance:<br>(Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer) |
|---|---|
| ☐ Assaultive (non-deadly):<br>(Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.) | ☐ Life Threatening/ Serious Bodily injury:<br>(Actions that may result in death or serious bodily injury) |
| ☒ Other (Must describe): Inmate Sanchez remained compliant | |

**Describe in detail the nature of the highest threat level:** Inmate Sanchez was compliant with all directions given to him.

**Efforts made to avoid or minimize use of force (Describe in detail):** Clear and concise verbal direction was given for Inmate Sanchez to remain compliant which he did.

| Force utilized (Check all that apply): | ☒ Cooperative Control Holds | ☐ Nerve Compression(s) | ☐ Mechanical restraints |
|---|---|---|---|
| | ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| | ☐ Firearm(s) | ☐ Canine | ☐ Other: |

**Describe in detail the progression of force utilized during incident:**

On 4/22/2022 at approximately 10:15am while conducting chow Officer ▮▮▮▮ Bell instructed Inmate Sanchez, Jorge #156159 to recall to his cell because she was not utilizing him as a tierman. he refused to recall stating that he was a worker and he will be staying out to work.

I reported to the unit and escorted him to RHU via wheelchair due to his physical impairment.

an over the bunk search was conducted solely for his safety due to his inability to stand without his walker. the search resulted in zero findings. He was cleared to placement by medical. no issues to note.

**Describe in detail outcome of use of force:** Inmate Sanchez was secured in RHU-23 cell without incident.

| Name (Print): ▮▮▮▮ Callender | Signature: | Title: Lt. | Date of Report:4/22/2022 |
|---|---|---|---|
| Reviewing Supervisor Name (Print) ▮▮▮▮ Rodriguez | Signature: ▮▮▮▮ | Title: Captain | Date of Review: 5-12-2022 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|



## Use of Force Report
### Connecticut Department of Correction

CN 6501
REV 10/18/2018

**Provide responses to all of the following: (If necessary, utilize CN6605, Incident Report- Supplemental, for further details).**

| Date of Incident: 4/22/22 | Time of Incident: 10:15 AM | Incident Report Number: CC ___ |
| Inmate Name: Sanchez, Jorge | Inmate Number: 156159 | Location of Incident: North Block 1 |

| Purpose for using force (Check all that apply): | ☐ To Defend Self/Another | ☒ To Maintain Safety/Security/Order |
| | ☐ To Prevent Escape | ☐ Inmate Self Harm | ☐ Other (Describe below in detail) |

**Describe in detail purpose of using force:** Inmate Sanchez was escorted from North Block 1 to RHU.

**Nature of Threat (Check all that apply):** ☒ Immediate (actively happening) ☐ Imminent (about to happen) ☐ Anticipated (expected to happen)

**Identify highest level of threat:**

☐ Passive Resistance:
(Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement)

☐ Active Resistance:
(Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer)

☐ Assaultive (non-deadly):
(Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.)

☐ Life Threatening/ Serious Bodily Injury:
(Actions that may result in death or serious bodily injury)

☒ Other (Must describe): Inmate Sanchez followed staff verbal direction

**Describe in detail the nature of the highest threat level:** Inmate Sanchez followed staff directions.

**Efforts made to avoid or minimize use of force (Describe in detail):** Verbal direction was given to minimize the use of force.

**Force utilized (Check all that apply):**

| ☐ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
| ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| ☐ Firearm(s) | ☐ Canine | ☐ Other: |

**Describe in detail the progression of force utilized during incident:**

On 4/22/2022 I, Officer McDonald was posted as North Block Rover 2. At approximately 10:15 AM this officer reported to North Block 1 to escort Inmate Sanchez, Jorge #156159 to Restrictive Housing Unit(RHU). This officer assisted staff apply wrist restraints(Handcuff) on Inmate Sanchez and escort him to RHU utilizing a wheel chair with myself on the right side. Once in RHU Inmate Sanchez was escorted into cell #123 and a controlled strip search was conducted with negative findings. Once the strip search was complete Inmate Sanchez was secured in cell 123 without any further incident.

**Describe in detail outcome of use of force:** Inmate Sanchez was secured in RHU cell 123.

| Name (Print): McDonald, ■■ | Signature ■■■ | Title: C/O | Date of Report: 4/22/2022 |
| Reviewing Supervisor Name (Print) ■■■ | Signature ■■■ | Title: | Date of Review: 1/22/22 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |



## Use of Force Report
### Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: (If necessary, utilize CN6605, Incident Report- Supplemental, for further details). | | |
|---|---|---|
| Date of Incident: 4/22/22 | Time of Incident: 10 23 am | Incident Report Number: CCI 2022-07-07 |
| Inmate Name: SANCHEZ, JORGE | Inmate Number: 156159 | Location of Incident: NB1-' DAYROOM |

**Purpose for using force (Check all that apply)**
- ☐ To Defend Self/Another
- ☒ To Maintain Safety/Security/Order
- ☐ To Prevent Escape
- ☐ Inmate Self Harm
- ☐ Other (Describe below in detail)

**Describe in detail purpose of using force:** R.H.U. PLACEMENT FROM NB1 TO EB1

**Nature of Threat: (Check all that apply)**
- ☐ Immediate (actively happening)
- ☐ Imminent (about to happen)
- ☒ Anticipated (expected to happen)

**Identify highest level of threat:**
- ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement)
- ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer)
- ☐ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.)
- ☐ Life Threatening/ Serious Bodily Injury: (Actions that may result in death or serious bodily injury)
- ☒ Other (Must describe): THE INMATE WAS COMPLIANT THROUGH OUT THE ESCORT

**Describe in detail the nature of the highest threat level:** THE INMATE WAS COMPLIANT WITH STAFF THROUGH OUT THE R.H.U. PLACEMENT

**Efforts made to avoid or minimize use of force (Describe in detail):** TASKED VERBAL DIRECTION

**Force utilized (Check all that apply)**
- ☒ Cooperative Control Holds
- ☐ Nerve Compression(s)
- ☒ Mechanical restraints
- ☐ Personal Weapon(s) Strikes
- ☐ Chemical Agent Deployment
- ☐ Impact Weapon
- ☐ Firearm(s)
- ☐ Canine
- ☒ Other: VIDEO RECORDER

**Describe in detail the progression of force utilized during incident:** ON 4/22/22 AT APPROX : 10 23 AM THIS OFFICER DIGITALLY VIDEO RECORDED THE R.H.U. ESCORT OF INMATE SANCHEZ, JORGE # 156159 NB1-15 CELL. THE INMATE WAS HANDCUFFED FROM THE FRONT AND ESCORTED DUE TO HIS MEDICAL INABILITY TO WALK OR STAND. HE WAS ASSISTED ON TO THE WHEEL BY MEDICAL AND CUSTODY STAFF AND ESCORTED TO EB1-23 CELL FROM NB1. THE INMATE WAS CONTROL STRIP SEARCHED DUE TO HIS MEDICAL STATUS WITH NEGATIVE FINDINGS AND SECURED IN EB1-23 CELL AND SEEN BY MEDICAL WITH NO FURTHER INCIDENT.  — BADILLO

**Describe in detail outcome of use of force:** THE INMATE WAS SECURED IN EAST BLOCK 1-23 CELL AND SEEN BY MEDICAL WITH NO FURTHER INCIDENT.

| Name (Print): BADILLO | Signature: Bedill | Title: Cb | Date of Report: 4/22/22 |
|---|---|---|---|
| Reviewing Supervisor Name (Print): [illegible] | Signature: [illegible] | Title: Lo | Date of Review: 4/22/22 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

**Provide responses to all of the following:** *(If necessary, utilize CN6605, Incident Report- Supplemental, for further details)*

| Date of Incident: 4/22/22 | Time of Incident: 10:15 AM | Incident Report Number: CN 2022-04-xx |
|---|---|---|

| Inmate Name: Sanchez, Jorge | Inmate Number: 156159 | Location of Incident: North Block 1 |
|---|---|---|

**Purpose for using force (Check all that apply):**
- ☐ To Defend Self/Another
- ☒ To Maintain Safety/Security/Order
- ☐ To Prevent Escape
- ☐ Inmate Self Harm
- ☐ Other (Describe below in detail)

**Describe in detail purpose of using force:**
Inmate Sanchez was escorted from North Block 1 to RHU per custody supervisor.

**Nature of Threat (Check all that apply):**
- ☒ Immediate (actively happening)
- ☐ Imminent (about to happen)
- ☐ Anticipated (expected to happen)

**Identify highest level of threat:**
- ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement)
- ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer)
- ☐ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.)
- ☐ Life Threatening/ Serious Bodily Injury: (Actions that may result in death or serious bodily injury)
- ☒ Other (Must describe): Inmate Sanchez followed staff verbal direction

**Describe in detail the nature of the highest threat level:**
Inmate Sanchez followed staff directions.

**Efforts made to avoid or minimize use of force (Describe in detail):**
Verbal direction was given to minimize the use of force.

**Force utilized (Check all that apply):**
| ☐ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
|---|---|---|
| ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| ☐ Firearm(s) | ☐ Canine | ☐ Other: |

**Describe in detail the progression of force utilized during incident:**
This officer reported to North Block 1 to escort inmate Sanchez, Jorge #156159 to Restrictive Housing Unit(RHU). This officer applied wrist restraints(Handcuff) on inmate Sanchez and along with other staff escorted him to RHU utilizing a wheel chair with myself on the left side. Once in RHU inmate was escorted into cell 123 and a controlled strip search was conducted with negative findings. Once the strip search was complete inmate Sanchez was secured in 123 cell without any incident. No further actions was taken by this officer.

**Describe in detail outcome of use of force:**
Inmate Sanchez was secured in RHU cell 123.

| Name (Print): Chagnon, ▓▓ | Signature: ▓▓ | Title: C/O | Date of Report: 4/22/2022 |
|---|---|---|---|
| Reviewing Supervisor Name (Print) | Signature: | Title: | Date of Review: 4/22/22 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: *(If necessary, utilize CN6605, Incident Report- Supplemental, for further details).* |
|---|

| Date of Incident: 04/22/2022 | Time of Incident: N/S Gen | Incident Report Number: 00720-04-22 |
|---|---|---|
| Inmate Name: Sanchez, Jorge | Inmate Number 156159 | Location of Incident: North Block 1 |

| Purpose for using force (Check all that apply): | ☐ To Defend Self/Another | | ☒ To Maintain Safety/Security/Order |
|---|---|---|---|
| | ☐ To Prevent Escape | ☐ Inmate Self Harm | ☐ Other (Describe below in detail) |

| Describe in detail purpose of using force: | Restrictive housing unit placement of inmate Sanchez, Jorge #156159 |
|---|---|

| Nature of Threat: (Check all that apply) | ☐ Immediate (actively happening) | ☐ Imminent (about to happen) | ☒ Anticipated (expected to happen) |
|---|---|---|---|

| Identify highest level of threat: | ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement) | ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer) |
|---|---|---|
| | ☐ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.) | ☐ Life Threatening/ Serious Bodily injury: (Actions that may result in death or serious bodily injury) |
| | ☒ Other (Must describe):  Inmate Sanchez was compliant | |

| Describe in detail the nature of the highest threat level: | Inmate Sanchez was compliant with officer verbal directions given |
|---|---|

| Efforts made to avoid or minimize use of force (Describe in detail): | Verbal directions were given |
|---|---|

| Force utilized (Check all that apply): | ☒ Cooperative Control Holds | ☐ Nerve Compression(s) | ☐ Mechanical restraints |
|---|---|---|---|
| | ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| | ☐ Firearm(s) | ☐ Canine | ☐ Other: |

| Describe in detail the progression of force utilized during incident: | On 4/22/2022, 2021 at approximately 10:30AM inmate Sanchez, Jorge #156159 was escorted to East Block 1 for a restrictive housing unit placement. I, Officer Trotman, was the control Officer and assisted staff in the over the bunk control strip search of inmate Sanchez resulting in negative findings. Inmate Sanchez was issued a t-shirt, under garments and a red jumper. Inmate Sanchez was assessed by medical staff and secured in (RHU) EB123 cell without further incident. EOR |
|---|---|

| Describe in detail outcome of use of force: | Inmate Sanchez, Jorge #156159  was evaluated by medical staff and secured in cell EB123. |
|---|---|

| Name (Print): Trotman, ■■■ | Signature: ■■■ | Title: C/O | Date of Report: 04/22/22 |
|---|---|---|---|
| Reviewing Supervisor Name (Print) Corriei... | Signature: | Title: L| | Date of Review: 4/23/22 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|



# Contraband/Physical Evidence Tag
## and Chain of Custody
### Connecticut Department of Correction

CN 6901 1/2
REV
06/28/17

| ☒ Facility/Unit: Cheshire Correctional Institution | ☐ Parole Office: |
|---|---|
| Unit Tracking Number: CCI-VP-22-4122 412 | Incident Report Number: CCI-2022-04-060 |

### Classification of Physical Evidence

| | | |
|---|---|---|
| ☐ Weapon | ☐ Drug/drug paraphernalia | ☐ Alcohol (commercial or homemade) |
| ☐ Clothing | ☐ Cellular/Digital Device | ☐ Miscellaneous property |
| ☒ Written record, video tape/disc, digital image, photograph or audio recording | | |
| ☐ Appliance (e.g., television, radio, stereo, recorder, etc.) | | |
| ☐ Currency (money or other commodity of exchange) | | |
| ☐ Staff Contraband | | |
| ☐ Other (describe) | | |

### Evidence to be preserved for possible action as follows:

| ☐ Administrative | ☐ Criminal |
|---|---|

Brief description of item or substance and any identifying mark(s): ON 9/22/22 AT 10:23 AM THIS OFFICER DIGITALLY VIDEO RECORDED THE RHU PLACEMENT OF INMATE SANCHEZ, JORGE 156159 NB145. DUE TO THE INMATES MEDICAL INABILITY TO WALK OR STAND HE WAS ESCORTED TO RHU VIA WHEEL CHAIR AND HANDS CUFFED FROM THE FRONT. HE WAS ESCORTED FROM NB1 TO RHU 23 CELL WHERE HE WAS CONTROL STRIP SEARCHED DUE TO HIS MEDICAL INABILITY IN THE CELL WITH NEGATIVE FINDINGS AND SECURED IN EB1-23 CELL WITH NO INCIDENT AND SEEN BY MEDICAL.

Location found/confiscated:

| By (staff name): BADILLO, | Date: 4/22/22 | Time: 10:23 ☒AM ☐PM |
|---|---|---|
| From (inmate name): SANCHEZ, JORGE | | Inmate number: 156159 |

### Chain of custody - physical evidence (signature required)

| Staff from: BADILLO, [signature] | Date: 9/22/22 | Time: 1115 ☒AM ☐PM |
|---|---|---|
| Staff to: LT. WHITED, J | Date: 4/22/22 | Time: 1115 ☒AM ☐PM |
| Reason: REVIEW | Disposition: PENDING | |

| Staff from: LT. WHITED | Date: 4-22-22 | Time: 1130 ☒AM ☐PM |
|---|---|---|
| Staff to: VIDEO SAFE | Date: 4-22-22 | Time: 1130 ☒AM ☐PM |
| Reason: EVIDENCE | Disposition: PRESERVATION | |

| Staff from: | Date: | Time: ☐AM ☐PM |
|---|---|---|
| Staff to: | Date: | Time: ☐AM ☐PM |
| Reason: | Disposition: | |

Continue on page 2 for additional entries



# Supervisor Video Recording Review
## Connecticut Department of Correction

CN 6902
REV 1/03/17

| Facility/Unit: **Cheshire Correctional Institution** | Date: **4/22/2022** |
|---|---|

Event recorded: **Inmate Sanchez, Jorge #156159 escorted from North Block 1 to RHU for "Interfering with Safety or Security."**

| Unit Tracking Number: **CCI-VP-22-412** | Incident Report Number: **CCI-2022-04-060** |
|---|---|

Media type: ☒ Videotape  ☐ Compact Disc  ☐ DVD  Other:

| Inmate Name(s): | Inmate number(s): |
|---|---|
| **Sanchez, Jorge** | 156159 |
| | |
| | |
| | |

Comments: Inmate Sanchez, Jorge #156159 was escorted via wheelchair from North Block 1 to Restrictive Housing Unit. No discrepancies found during the video. Staff acted in a professional manner.

### Before Action Procedures

| Sign-on procedure: | ☒ Yes ☐ No | Camera Operator: Officer ▐ Badillo |
|---|---|---|
| Supervisor's prelude: | ☒ Yes ☐ No | Supervisor: Lieutenant ▐ Callender |
| Cell extraction team introduction: | ☐ Yes ☒ No | |

### Quality of Video Coverage

| Is event in focus? | ☒ Yes ☐ No |
|---|---|

Obstructions or breaks in video coverage (explain): N/A

### After Action Procedures

| Supervisor's epilogue: | ☒ Yes ☐ No |
|---|---|
| Sign-off procedure: | ☒ Yes ☐ No |
| Video labeling: | ☒ Yes ☐ No |
| Chain of custody completed? | ☒ Yes ☐ No |

*All deficiencies shall be documented in the summary portion of the incident report package, to include resolution and recommendations.*

Additional Comments: N/A

| Reviewed: Whitted, ▐ | Title: **Lieutenant** | Date: **4/22/2022** |
|---|---|---|

# Inmate Property Inventory Form (Male)
## Connecticut Department of Correction

CN 61001
REV 01/29/21

| Facility: C.C.I | Unit: NB1 - 11 | Date: 4/22/22 | Time: 1:00 | ☐ am ☒ pm |
|---|---|---|---|---|
| Inmate Name (print): Sanchez, Jorge | Inmate Number 156159 | Employee (print): Boyle | | |

Purpose of inventory: ☐ Admission  ☒ Restrictive Housing  ☐ Transfer  ☐ Discharge  ☐ Other (specify):

PROPERTY MATRIX/RUNNING INVENTORY (disposition codes): C = contraband; D = donated; M = mailed; R = retained by inmate; S = stored; and V = visit.

### Clothing

| Qty | Item | Description | Disp |
|---|---|---|---|
| | baseball cap | | |
| l | bathrobe | | |
| | coat | | |
| ll | gym shorts | | |
| | pants | | |
| | shirt | | |
| llllllll | socks | | |
| | sweatpants | | |
| | sweatshirt | | |
| ll | thermals | | |
| ll | t-shirts | | |
| llllllllllll | underpants | | |

### Footwear

| Qty | Item | Description | Disp |
|---|---|---|---|
| l | boots/shoes | | |
| lll | shower shoes | | |
| l | slippers | | |
| l | sneakers | | |

### Appliances

| Qty | Item | Description | Disp |
|---|---|---|---|
| lll | adapter | | |
| | antenna | | |
| | beard trimmer | | |
| | book lamp | | |
| | cassette player | | |
| l | cd player | | |
| l | clock | | |
| | coaxial cable | | |
| l | converter box | | |
| l | electric razor | | |
| l | fan | | |
| | head phones | | |
| | radio | | |
| l | television | Flat screen | |
| | video console | | |
| | tablet | | |

### Jewelry

| Qty | Item | Description | Disp |
|---|---|---|---|
| | religious article | | |
| | watch | | |
| | wedding ring | | |

### Personal Items

| Qty | Item | Description | Disp |
|---|---|---|---|
| | address book | | |
| | * cassette tapes | | |
| | * compact discs | | |
| | combo lock | | |
| l | extension cord | | |
| ll | eyeglasses | | |
| | headband | | |
| l | kuffi | | |
| | photo album | | |
| | pillow | | |
| ll | prayer rug | | |
| | tams | | |
| lllll | towel | | |
| | video games | | |
| lll | washcloth | | |
| | yarmulke | | |

* No more than 20 total – any combination of tape and/or cd

### Miscellaneous

| Qty | Item | Description | Disp |
|---|---|---|---|
| | | | |

I state that (1) no retained item of jewelry or religious artifact is valued at more than $50.00 and no retained wedding ring or set is valued at more than $200.00, (2) no retained item of clothing or footwear is valued at more than $100.00 and that (3) this inventory is correct and all property accounted for.

Inmate Signature: Refused to sign

Staff Witness Signature: [redacted]

PROPERTY MATRIX/RUNNING INVENTORY ADDITIONS OR DELETIONS - Items received through the mail, a visit, or issued after arrival shall be entered in this section.

| Date | Qty | Item | Description | Disp. | Inmate Initials | Staff Initials | Date | Qty | Item | Description | Disp. | Inmate Initials | Staff Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Distribution: inmate, central property file, and inmate's property bag/box (as appropriate) – additional copies for Department purposes shall be provided as needed via photocopying

*CG* (illegible)

# Disciplinary Report
## Connecticut Department of Correction

CN 9503/1
REV 10/01/19

Facility/Unit: *Cheshire CT*

Report date: *4/22/22*

Inmate name: *Sanchez, Jorge*

Inmate number: *156159*

Housing unit: *NB1  11*

Location of incident: *NB*

Report number:

Incident date: *4/22/22*

Incident time: *10¹⁵* ☒ am  ☐ pm

Offense: *Flagrant Disobedience*

Offense class: ☒ A  ☐ B  ☐ C

Description of violation:
*At approximately 10¹⁵am posted as the north block 1 officer, I explained to inmate Sanchez #156159 that I would rotate him for chow detail on first and second shift. Inmate Sanchez #156159 was ask to lock up several times he refused to lock up. Inmate Sanchez #156159 is receiving this class A disciplinary report for flagrant disobedience.*

Witness(es):

Physical evidence:

Reporting employee (print): *Bell*

Title: *Correction Officer*

Reporting employee (signature): *Bell*

Date: *4/22/22*  Time: *10⁴⁵* ☒ am  ☐ pm  Employee requests copy: ☒ yes  ☐ no

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

☒ Administrative Detention  Date: *10⁴² a  4/21/22*  Time: *10⁴²* ☒ am  ☐ pm

☒ Accused inmate interviewed  ☐ Informal disposition

Custody Supervisor / Unit Manager name (print): *Ly Carienda*

Custody Supervisor / Unit Manager signature:

Title: *Lieutenant*  Date: *4/20/22*  Time: *10⁵⁰* ☒ am  ☒ pm

### INMATE NOTICE

Delivered by (print): *Mestio*  Delivered by (signature): *PA*

Title: *Correction Officer*  Date: *4-22-2022*  Time: *11:12* ☐ am  ☒ pm

- Check if inmate receiving disciplinary report is placed on a Behavioral or Mental Health Observation Status.
- If applicable, delivering officer must read the Disciplinary Report to the inmate and leave the copy at the Officers Station.
- Once a qualified mental health provider deems that the inmate can retain paper, the Disciplinary Report shall be issued to the inmate in accordance with this directive.
- Note: Timeframes associated with the disciplinary report process for inmates initially placed on Behavioral or Mental Health Status shall not be altered and will continue as outlined in this directive.

☐

## Restrictive Housing Unit Status Order
### Connecticut Department of Correction

CN 9401/1
Rev. 9/23/21

| Facility/Unit: | CCI | |
|---|---|---|
| Inmate name: | Sanchez, Jorge | Inmate number:   156159 |

### SECTION 1 - STATUS

**Placement in Restrictive Housing Unit (check and date the appropriate description).**

| | | |
|---|---|---|
| ☐ | Transfer Detention | Date: |
| ☒ | Administrative Detention | Date:   4/22/2022 |
| ☐ | Punitive Segregation | Date: |
| ☐ | Administrative Segregation | Date: |
| ☐ | Administrative Segregation Transition | Date: |
| ☐ | Special Needs Management | Date: |
| ☐ | Chronic Discipline | Date: |

### SECTION 2 - REASON FOR PLACEMENT

The inmate's/my continued presence in the general population poses a serious threat to life, property, self, other inmates, and/or the security of the facility because:

Inmate Sanchez received a Class A Disciplinary Report for Flagrant Disobedience.

### SECTION 3 – Vulnerable Population Review

Does this inmate meet any of the following criteria? ☐ Yes( if yes, next business day review is required) ☒ No

Under the age of 18 – Over the age of 65 – MH Score 4 or 5 – Has a developmental disability – Significant auditory or visual impairment – Pregnant or Postpartum – Has a serious medical condition in accordance with AD 9.7

| Supervisor signature:   Callender | Date:   4/22/2022 |
|---|---|
| Inmate given copy of this form:   Time:   11:00   ☐ am  ☒ pm | Date:   4/22/2022 |

HRDDB Rev. 11/17
CONNECTICUT DEPARTMENT OF CORRECTION
UCONN HEALTH
CORRECTIONAL MANAGED HEALTH CARE

| DEFENDER NUMBER | DATE OF BIRTH |
|---|---|
| 156059 | 1/29/1971 |

OFFENDER NAME (LAST, FIRST, INITIAL)
Sanchez, Jorge

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M / F | B  W  (H)  O | CCI |

## HEALTH EVALUATION FOR RESTRICTIVE HOUSING UNIT (RHU) PLACEMENT

*Check appropriate yes or no response for each question*

| OBSERVATIONS OF CORRECTIONAL STAFF | YES | NO | ANY COMMENTS / OBSERVATIONS |
|---|---|---|---|
| Correctional staff reported bizarre behavior or behavior that may be a sign of suicide risk | *** | ✓ | |
| RHU MENTAL HEALTH SCREENING QUESTIONS | | | |
| 1. Have you been in RHU before? | ✓ | ** | |
| 2. Other than intake, have you been seen by MH staff during this incarceration? | | ✓ | |
| 3. Are you currently receiving MH services? | | ✓ | MH2 |
| 4. Are you taking any MH medications? | | ✓ | |
| 5. Have you ever tried to commit suicide? | | ✓ | (MH Referral as clinically indicated) |
| 6. Are you feeling suicidal? | *** | ✓ | |
| 7. Do you think going to RHU will have a negative impact on anything that is important to you? | | ✓ | (MH Referral as clinically indicated) |
| BEHAVIORS/APPEARANCE | | | |
| 8. Inmate has visible marks of self-injury | *** | ✓ | |
| 9. Inmate appears anxious, scared or depressed | *** | ✓ | |
| 10. Inmate appears to have poor hygiene (malodorous, disheveled) | | ✓ | |
| 11. Inmate is having trouble following directions or is having trouble responding appropriately | | ✓ | |
| 12. Inmate appears under the influence of alcohol or substance(s) | *** | ✓ | |
| MEDICAL CONTRAINDICATION/ACCOMODATION | | | |
| 13. Does inmate have any medical devices or conditions that cannot be managed in RHU | ✓ | | 4 quad cane. |
| 14. Does inmate have a Bottom Bunk Pass | | ✓ | |
| 15. Inmate oriented to RHU medical/MH services, and verbalized understanding of how to access | ✓ | | |

Actions:
- If any box marked with *** is checked, make an immediate referral to Mental Health and notify Lt. If inmate refuses to answer any questions where there is ***, notify Mental Health immediately. In the event Mental Health is not on site, please consult with on call psychiatrist.
- If any of the other "yes" boxes are checked in Behaviors/ Appearance section, make a regular referral to Mental Health.
- If ** is checked, a cell-side mental health check-in is required within 24 hours.

Mental health referral needed  ☐ Yes    ☑ No

If Yes, type of notification    ☐ Immediate   ☐ Regular   *MH Clinician or Psychiatrist Notified:* _____

Custody Notification (Date & Time): _____

☑ THIS OFFENDER MAY BE HOUSED IN A RESTRICTIVE HOUSING SETTING AT THIS TIME.

☐ THIS OFFENDER MAY NOT BE HOUSED IN A RESTRICTIVE HOUSING SETTING AT THIS TIME.

Person(s) Completing Form:

_Montague_ ▮▮▮
NAME (SIGNATURE)                              PRINTED NAME & TITLE  Montague   4/02/22
                                                                              DATE

_____
NAME (SIGNATURE)                              PRINTED NAME & TITLE   4/2/22
                                                                              DATE